# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MAMADOU BA,

                Petitioner,                Case No. 26-cv-10838

v.                                Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

                Respondents.

_____/

## ORDER DISMISSING CAUSE OF ACTION

Petitioner Mamadou Ba filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241, alleging that he was being unlawfully detained at Monroe County Jail, in violation of the Due Process Clause of the Fifth Amendment. (ECF No. 1.)

On April 22, 2026, the Court ordered respondents to immediately release Ba from custody or provide him with an individualized bond hearing before an Immigration Judge on or before April 29, 2026, at which the respondents had the burden of proof by clear and convincing evidence justifying Ba's continued detention. (ECF No. 12.) The Court further ordered respondents to file a status report regarding Ba within 48 hours of Ba's hearing or release. (*Id.*)

On May 8, 2026, respondents filed a status report, wherein they advised the Court that the immigration court held a bond hearing for Ba on April 28, 2026, but the immigration court denied Ba's request for release on bond because it found that respondents met its burden to establish by clear and convincing evidence that Ba presents a flight risk. (ECF No. 10, PageID.247.)

Accordingly, as Ba has been granted the relief he requested in the form of an individualized bond hearing at which respondents bore the burden of proof, **IT IS ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
United States District Judge

DATE: May 22, 2026

2

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 22, 2026.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager